UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CINDY OLSEN,                                                                    Docket No.: 15-CV-4064

                                      Plaintiffs,           **NOTICE OF APPEARANCE**

       -against-                                                                *(Filed Electronically)*

SUFFOLK COUNTY POLICE DEPARTMENT, and
SUFFOLK COUNTY,

                                      Defendants.
------------------------------------------------------------------------X

       LEASE TAKE NOTICE that Megan O'Donnell, Assistant County Attorney with the Suffolk County Attorney's Office, does hereby appear on behalf of the defendants, SUFFOLK COUNTY POLICE DEPARTMENT, and SUFFOLK COUNTY. Any and all correspondence, documents, notices and filings should be forwarded to the Suffolk County Attorney's Office, 100 Veterans Memorial Highway, Hauppauge, New York 11788.

Dated:  Hauppauge, New York
          September 10, 2015

                                                  Yours, etc.

                                                  DENNIS M. BROWN
                                                Suffolk County Attorney

                                                *Megan O'Donnell*
                                                Megan O'Donnell
                                                Assistant County Attorney
                                                Attorney for the Defendants
                                                H. Lee Dennison Building
                                                100 Veterans Memorial Highway
                                                Hauppauge, N.Y. 11788-0099
                                                631-853-6187